## Joanne Semrow, Appellant, v. John Grohar, Jr., Appellee.

Gen. No. 9,627.

Heard in this court at February term, 1941; opinion filed September 23, 1941. William H. Fields, for appellant; Francis J. Loughran, for appellee. Opinion by JUSTICE DOVE. "Not to be published in full."